ULTRAMAR COMPANY, LIMITED, Respondent, *v.* MINERALS
SEPARATION, LIMITED, Appellant, Impleaded with
Another.

*Process — service — when foreign corporation not doing business within
state at time of service of summons.*

*Ultramar Co., Ltd.,* v. *Minerals Separation, Ltd.,* 204 App. Div.
795, reversed.

(Argued October 1, 1923; decided October 16, 1923.)

APPEAL, by permission, from an order of the Appellate
Division of the Supreme Court in the first judicial depart-
ment, entered March 29, 1923, which reversed an order of
Special Term granting a motion to set aside service of
the summons and complaint.

The following questions were certified.

" 1. Was the defendant, Minerals Separation, Limited,
at the time of the service of the summons herein, doing
business within the state of New York within the meaning
of section 47 of the General Corporation Law?

" 2. Were the duties of and the authority conferred
upon John Ballot by the powers of attorney such as to
constitute him a managing agent for the said defendant
corporation within the meaning of section 229, subdivision
3, of the Civil Practice Act? "

*Emil Goldmark* and *Alfred A. Cook* for appellant.
*Lindell T. Bates* for respondent.

*Per Curiam.*   We think the defendant, Minerals Sepa-
ration, Limited, a British corporation, was not engaged
in business in this state at the time of the service of the
summons (*Tauza* v. *Susquehanna Coal Co.,* 220 N. Y. 259;
*Holzer* v. *Dodge Bros.,* 233 N. Y. 216).

The facts on which this conclusion is founded have
been fully stated in the opinion of the Special Term,
and no useful purpose would be promoted if they were
to be repeated here.

The order of the Appellate Division should be reversed,
and that of the Special Term affirmed, with costs in the
Appellate Division and in this court; the first question

certified should be answered in the negative; and it is unnecessary to answer the second question.

HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGH-LIN, CRANE and ANDREWS, JJ., concur.

Order reversed, etc.